**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Martin RODRIGUEZ–LOPEZ,
Defendant—Appellant.**

**No. 03–10353.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.*

Decided April 15, 2004.

William L. Sims, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Martin Rodriguez–Lopez, Lompoc, CA, pro se.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

MEMORANDUM **

Martin Rodriguez–Lopez appeals his guilty-plea conviction and 57–month sentence for being a deported alien found within the United States without authorization in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rodriguez–Lopez has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as

counsel of record. Rodriguez–Lopez has filed a pro se supplemental brief.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

